**Advocates for Justice**
**Chartered Attorneys**

New York Office
225 Broadway
Suite 1902
New York, New York 10007
p: 212-285-1400
f: 646-219-6569



JUSTICE

**Arthur Z. Schwartz**
Attorney at Law
Admitted in NY, PA and DC
917-923-8136
aschwartz@advocatesny.com

May 9, 2014

Via ECF

Hon. Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: Silverman v. Pacifica Foundation
> 11 Civ. 1894 (FB)
> Motion to Set New Discovery Cutoff

Dear Magistrate Levy:

This office represents Silverman & Silverman on their complaint. We join the motion made by L'Abbate, Balkin, Colavita & Contini.

We wish to request that the Court add one caveat to its Order since multiple discovery "deadlines" were ignored by Pacifica in the past: Please add a caveat that "failure to abide by these discovery deadlines will result in the Answer and Counterclaim being struck."

You may hear from Attorney Hackett that Pacifica is in turmoil, with 50% of the Board suing the other 50% over control. I submit, in the utmost good faith, that in this circumstance, deadlines without clear consequences will only be missed deadlines.

Respectfully submitted,

Arthur Z. Schwartz

AZS:dr

cc: Scott E. Kossove, Esq.
Patrick J. Hackett, Esq.
Daniel Silverman, Esq.