UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
SILVERMAN & SILVERMAN, LLP,

        Plaintiff,

  -against-                       **MEMORANDUM AND ORDER**
                                       11-CV-1894 (FB) (RML)
PACIFICA FOUNDATION,

        Defendant.
---------------------------------------------------x

*Appearances:*

| For the Plaintiff: | For the Defendants: |
|---|---|
| ARTHUR Z. SCHWARTZ | PACIFICA FOUNDATION, Pro Se |
| Advocates for Justice | |
| 225 Broadway, Ste 1902 | |
| New York, NY 10007 | |

SCOTT E. KOSSOVE
L'Abbate, Balkan, Colavita & Contin
1050 Franklin Avenue
Garden City, NY 11530

**BLOCK, Senior District Judge:**

      On September 21, 2015, Magistrate Judge Robert Levy issued a Report and Recommendation ("R&R") recommending that Plaintiff be awarded $65,076 in damages, and prejudgment interest totaling $29,284.20 and $16.05 per day until the date of entry of judgment. R&R at 14. The R&R further provided that failure to object within fourteen days would preclude appellate review. *Id.* To date, no objections have been filed.

      If clear notice has been given of the consequences of the failure to object, and

there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure to timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse a failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk of the Court to enter judgment in accordance with the R&R.

**SO ORDERED.**

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
November 12, 2015